THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Mother, Stepfather, John Doe, Child 1, Child 2, Child 3, Child 4, minor children under the age of 18,
Defendants,
of whom Mother is the Appellant.
 
 
 

Appeal From Georgetown County
 H. E. Bonnoitt, Jr., Family Court Judge

Unpublished Opinion No. 2006-UP-325
Submitted September 1, 2006  Filed September 14, 2006 

AFFIRMED

 
 
 
David J. Mills, of Georgetown, for Appellant.
Ernest Joseph Jarrett, Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.
Harry Arthur Oxner, of Georgetown, Lumpkin Oxner & Stacy, PA, Joe Michael Crosby, of Georgetown, Duncan & Crosby, LLC, for Guardian Ad Litem.
 
 
 

PER CURIAM:  Mother appeals a family court order terminating her parental rights to four of her minor children.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant the petition by Mothers attorney to be relieved as counsel.[1]
AFFIRMED.
GOOLSBY, BEATTY, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.